| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| LEONA ANN FLETCHER, § | |
| § | |
| Plaintiff, § | |
| § | |
| *versus* § | CIVIL ACTION NO. 1:17-CV-119 |
| § | |
| B.J. MURPHY, *et al.*, § | |
| § | |
| Defendants. § | |

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Leona Ann Fletcher, proceeding *pro se*, filed this civil rights lawsuit against B.J. Murphy, Toderick Griffin and Joshua Hadnot. The court previously referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court.

The defendants have filed a motion asking that this case be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6). The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the motion be granted.

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed.

### ORDER

Accordingly, the findings of fact act and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. The motion to dismiss is **GRANTED**. A final judgment shall be entered dismissing this action in accordance with the recommendation of the magistrate judge.

So ORDERED and SIGNED this 20th day of July, 2017.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE